HENRY MULLER, JR., Doing Business under the Name of MULLER BROTHERS, Respondent, *v.* SUN INDEMNITY COMPANY OF NEW YORK et al., Defendants, and (AMERICAN) LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant.

Argued January 10, 1951; decided March 1, 1951.

*Sidney A. Schwartz* and *Edward Ash* for appellant.

*George Foster, Jr.,* and *Arthur H. Priest* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.